# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DENNICE PRIMO,** | |
| **Plaintiff,** | Civil Action No. 1:24-cv-2935-SEG-CCB |
| v. | |
| **AETNA MEDICAID ADMINISTRATORS, LLC, a/k/a CVS HEALTH,** | |
| **Defendant.** | |

## DEFENDANT AETNA MEDICAID ADMINISTRATORS, LLC'S STATUS REPORT

Pursuant to this Court's August 16, 2024 Order (Dkt. No. 9), Defendant Aetna Medicaid Administrators, LLC, submits the following Status Report to the Court.

To date, Plaintiff has not filed a Demand for Arbitration with the American Arbitration Association, and it does not appear that Plaintiff has obtained new counsel.

Respectfully submitted November 12, 2025.

>  */s/ Nancy A. Beyer*
>  Nancy A. Beyer
>  Georgia Bar No. 56327
>  LITTLER MENDELSON, P.C.
>  111 North Orange Avenue, Suite 1750
>  Orlando, FL  32801.2366
>  Tel:   407.393.2900/   Fax:   407.393.2929
>  nbeyer@littler.com
>
>  Attorney for Defendant Aetna Medicaid Administrators, LLC

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DENNICE PRIMO,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**AETNA MEDICAID ADMINISTRATORS, LLC, a/k/a CVS HEALTH,**<br><br>　　　　**Defendant.** | **Civil Action No. 1:24-cv-2935-SEG-CCB** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the

Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Charles M. Dalziel
chuck@dalziellawfirm.com
680 Village Trace NE Building 20E#
Marietta, GA 30060


　　　　　　　　　　　　　　　　*/s/ Nancy A. Beyer*

　　　　　　　　　　　　　　　　Nancy A. Beyer
　　　　　　　　　　　　　　　　Georgia Bar No. 56327

2

4897-6258-3053